UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MIGUEL CARRASQUILLO,

Defendant.

**ORDER**

19 Cr. 539 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant will take place on **February 5, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are due **January 23, 2020**, and any submission by the Government is due on **January 30, 2020**.

Dated: New York, New York
January 8, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge