UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MIGUEL CARRASQUILLO,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 539 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Government will respond to Defendant's motion pursuant to 18 U.S.C. § 3582 (Dkt. No. 35) by January 18, 2021.

Dated: New York, New York
       January 11, 2021

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge