UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

MIGUEL CARRASQUILLO,

Defendant.

**ORDER**

19 Cr. 539 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for August 7, 2026, is adjourned to **September 3, 2026, at 11:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
August 3, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge