UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

MIGUEL CARRASQUILLO,

Defendant.

**ORDER**

19 Cr. 539 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

This violation of supervised release proceeding will continue on **October 1, 2026, at 10:30 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

As stated in open court today, the Defendant has proffered clear and convincing evidence that he will not pose a danger to another person or to the community as long as he continues in a residential drug treatment program at Samaritan Daytop Village. Accordingly – absent new violations – the Defendant will remain on release at least until October 1, 2026.

Dated: New York, New York
September 3, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge