UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>MIGUEL CARRASQUILLO,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 539 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

This violation of supervised release proceeding will continue on **November 5, 2026, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
October 1, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge