UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

MIGUEL CARRASQUILLO,

Defendant.

**ORDER**

19 Cr. 539 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated on the record today, the violation of supervised release proceeding will continue on **January 14, 2027, at 10:00 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The parties are directed to submit a joint letter by **January 7, 2027.** The parties' joint letter will: (1) report on the Defendant's progress following his discharge from the Samaritan Daytop Village residential treatment program; and (2) set forth the parties' positions as to how this Court should proceed in this matter.

Dated: New York, New York
November 19, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge